1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

      v.

ANTHONY SHEPHERD,

                    Defendant.

Case No. CR20-137 JCC

ORDER REVOKING BOND AND
DETENTION ORDER

On April 1, 2021, the Court held a bond revocation hearing via a Zoom conference pursuant to General Order 18-20 and with Mr. Shepherd's consent. Mr. Shepherd previously admitted to the alleged bond violations.

Pursuant to Rules 32.1(a)(6) and 46(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3143, and based upon the factual findings and statement of reasons for detention stated on the record and hereafter set forth, the Court finds:

       (1)       On September 11, 2020, Mr. Shepherd was released on bond with pretrial supervision and special conditions.

(2)     Mr. Shepherd has had numerous failures to comply with his conditions of release and does not communicate with his pretrial service officer. Mr. Shepherd does not have a viable release plan.

(3)     Based on Mr. Shepherd's poor performance while on pretrial release, the Court finds pursuant to 18 U.S.C. § 3143(b)(2)(B) that he is unlikely to abide by any condition or combination of conditions of release.

IT IS THEREFORE ORDERED:

(1)     Mr. Shepherd's bond is hereby revoked;

(2)     Mr. Shepherd shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3)     Mr. Shepherd shall be afforded reasonable opportunity for private consultation with counsel;

(4)     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Shepherd is confined shall deliver Mr. Shepherd to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(5)     The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Shepherd, to the United States Marshal, and to the United States Pretrial Services Officer.

\\

\\

ORDER REVOKING BOND AND DETENTION
ORDER - 2

1   Dated this 1st day of April, 2021.

2

3   _____
    MICHELLE L. PETERSON
4   United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER REVOKING BOND AND DETENTION
ORDER - 3